UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**

vs

**N O T I C E**

Case Number 2:13-mj-493
Magistrate Judge Norah McCann King

**David Lawrence Handel,**

**[ X ]** **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: Joseph P Kinneary U.S. Courthouse
85 Marconi Boulevard, Rm 235
Columbus, Ohio  43215

**September 26, 2013 at 2:00 PM**

Type of Proceeding:     **IDENTITY HEARING**

Norah M<sup>c</sup>Cann King
United States Magistrate Judge
(614) 719-3390

Date:  September 24, 2013

*s/Spencer Harris*
(By) Spencer Harris/Courtroom Deputy
(614) 719-3026

To:
See electronic notice for counsel served

Please call Spencer Harris  (614-719-3026) if any counsel or parties have been omitted.